IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ANTHONY PARNELL
Reg #27528-009                                                              PLAINTIFF

v.                              No. 2:18-cv-83-DPM-PSH

UNITED STATES OF AMERICA, *et al.*                              DEFENDANTS

## ORDER

Unopposed recommendation, № 30, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). The Defendants' motion to dismiss, № 22, is denied. Parnell may amend his complaint to include an Eighth Amendment *Bivens* claim. His motion to amend and attached amended complaint is due by 1 March 2019.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

29 January 2019