IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

ANTHONY PARNELL                                                                         PLAINTIFF

v.                          No: 2:18-cv-83 DPM

USA; SANDRA FUTRELL, RN, FCI-Forrest City;
MELISSA LOVEDAY, RN, FCI-Forrest City;
JILLIAN HARRIS, APRN, FCI-Forrest City;
CANDYCE NICHOLS, RN, FCI-Forrest City;
PATRICIA MOREHART, APN, FCI-Forrest City;
and SHEILA WOODARD, MD, FCI-Forrest City      DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Parnell hasn't updated his address; and the time to do so has passed. № 65. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). Defendants' motions for summary judgment, № *51, 55 & 58,* are denied without prejudice as moot. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 March