IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

ANTHONY PARNELL                                          PLAINTIFF

v.                      No: 2:18-cv-83 DPM

USA; SANDRA FUTRELL, RN, FCI-Forrest City;
MELISSA LOVEDAY, RN, FCI-Forrest City;
JILLIAN HARRIS, APRN, FCI-Forrest City;
CANDYCE NICHOLS, RN, FCI-Forrest City;
PATRICIA MOREHART, APN, FCI-Forrest City;
and SHEILA WOODARD, MD, FCI-Forrest City     DEFENDANTS

## JUDGMENT

Parnell's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 March 2020